# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| DANIEL WEBSTER WILBORN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:17-cv-430-WKW-DAB |
| | ) |
| LEE COUNTY, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Daniel Webster Wilborn sustained injuries at the hands of his next-door relative Darius Lashaun Wilburn arising from a domestic disturbance, and Plaintiff brought this action against a number of law enforcement officers in their individual and official capacities.[1] (Doc. 1). The matter comes before the Court regarding the failure of Plaintiff to serve Defendant Terrance Moore with summons and the Complaint. Plaintiff was previously given "until December 1, 2017, in which to serve Defendant Terrance Moore with summons and the Complaint in this matter." (Doc. 28 at 1). Plaintiff did serve Defendant Moore, and this Court ordered Plaintiff to show cause not later than April 6, 2018, why Defendant Moore, the last remaining Defendant in this matter, should not be dismissed for lack of prosecution and failure

---

[1] The claims against all Defendants have been dismissed except for those against Terrance Moore. (Doc. 35).

to serve timely. (Doc. 36). As of the date of this Report and Recommendation, Plaintiff has failed to respond to this Court's order to show cause or serve Defendant Moore.

Accordingly, for the reasons as stated, it is the **RECOMMENDATION** of the Magistrate Judge that Defendant Moore be dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civ. P.

It is **ORDERED** that the parties shall file any objections to this Recommendation on or before **July 5, 2018.** Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).

**DONE** and **ORDERED** this 19th day of June 2018.

                                          DAVID A. BAKER
                              UNITED STATES MAGISTRATE JUDGE