IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANIEL WEBSTER WILBORN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 3:17cv430-ECM |
| ) | |
| LEE COUNTY, ALABAMA, *et al*., ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On June 19, 2018, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 44). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that Defendant Moore be and is hereby DISMISSED without prejudice pursuant to FED.R.CIV.P. 4(m).

Done this 20th day of August, 2018.

                                          /s/Emily C. Marks
                                          EMILY C. MARKS
                                          UNITED STATES DISTRICT JUDGE